### 2769. COLBERT *v.* THE STATE.

RUSSELL, J. The evidence authorized the conviction of the defendant, and there was no error in refusing a new trial. The fact that the defendant was engaged with others in playing cards, in connection with the language used by the players, and with the fact that money was seen upon the table, was sufficient to authorize the inference that the players were gambling. *Judgment affirmed.*

DECIDED NOVEMBER 11, 1910.

Accusation of gaming; from city court of Danielsville—Judge Moseley. June 10, 1910.

*Clarence E. Adams,* for plaintiff in error.

*Thomas J. Brown,* solicitor-general, *J. F. L. Bond,* solicitor, contra.